**Entered on Docket**
**September 02, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




**Signed: September 02, 2009**

LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

EL CERRITO LAND PARTNERS, LLC,

Debtor-in-Possession.
_______________________________/

No. 09-41370 T

Chapter 11

**MEMORANDUM RE PLAN AND DISCLOSURE STATEMENT**

The debtor filed a plan and disclosure statement by a deadline set by the Court based on the debtor’s representation that it was a single asset real estate case debtor. Having reviewed the plan and disclosure statement, the Court concludes that the plan is fundamentally flawed and that the bankruptcy case does not appear to have been filed in good faith. For example, the debtor’s schedules list as an asset on Schedule A fee title to certain real property. The disclosure statement discloses that the debtor holds only an option to purchase title to the real property from various tenants-in-common. Nevertheless, the debtor asserts that its

bankruptcy filing stays a pending foreclosure sale by a creditor holding a deed of trust on the real property. The case has already be set for a hearing on September 14, 2009 at 2:00 p.m. on the Court’s order to show cause why it should not be converted to chapter 7, dismissed, or a chapter 11 trustee appointed based on the debtor’s failure to obtain court approval for its counsel. The apparent misrepresentations set forth above will also be considered at that hearing.

END OF DOCUMENT

COURT SERVICE LIST

El Cerrito Land Partners, LLC
1450 El Camino Real
Menlo Park, CA 94025
Attn: William F. Garlock

David J. Lonich
Law Offices of David J. Lonich
1600 Los Gamos Dr. #345
San Rafael, CA 94903